# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFAN BATCHELOR** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-1340** |
| | : | |
| **SECRETARY GEORGE LITTLE,** | : | |
| **FORMER SECRETARY JOHN** | : | |
| **WETZEL** | : | |

## ORDER

**AND NOW**, this 7th day of November 2022, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 35), supporting Appendix redacted in part (ECF Doc.No. 40),[1] absent a long overdue Opposition, having studied the record in the absence of the incarcerated Plaintiff's response mindful we liberally construe his pleadings but must, after evaluating the entire record, find no genuine issue of material fact precluding entry of judgment as a matter of law dismissing Plaintiff's Eighth and Fourteenth Amendment due process claims, and for reasons in the accompanying Memorandum, it is **ORDERED** we **GRANT** Defendants' Motion for summary judgment (ECF Doc. No. 35) requiring the Clerk of Court **close** this case.

_____
**KEARNEY, J.**

---

[1] We address Defendants' obligation to file an amended Appendix lifting most of the inappropriate redactions in a separate Order.